# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LORANG, NICOLE M | § | Case No. 12-03695 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $165,717.18<br>*(without deducting any secured claims)* | Assets Exempt:  $46,321.18 |
| Total Distribution to Claimants: $4,899.40 | Claims Discharged<br>Without Payment: $52,709.23 |
| Total Expenses of Administration: $1,516.60 | |

3)  Total gross receipts of $      6,416.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2** ), yielded net receipts of  $6,416.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $217,729.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,516.60 | 1,516.60 | 1,516.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,079.92 | 53,032.63 | 53,032.63 | 4,899.40 |
| **TOTAL DISBURSEMENTS** | $276,808.92 | $54,549.23 | $54,549.23 | $6,416.00 |

4) This case was originally filed under Chapter 7 on February 02, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2013          By: /s/Ira Bodenstein
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal income tax refund | 1224-000 | 6,416.00 |
| **TOTAL GROSS RECEIPTS** | | $6,416.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Seterus Inc | 4110-000 | 198,881.00 | N/A | N/A | 0.00 |
| NOTFILED | Lieberman Mgmt Services | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Chase Card Services | 4110-000 | 18,848.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $217,729.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,391.60 | 1,391.60 | 1,391.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,516.60** | **$1,516.60** | **$1,516.60** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Departrnent of Education | 7100-000 | 54,503.92 | 53,032.63 | 53,032.63 | 4,899.40 |
| NOTFILED | Chase | 7100-000 | 4,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 236.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$59,079.92** | **$53,032.63** | **$53,032.63** | **$4,899.40** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 12-03695

Case Name: LORANG, NICOLE M

Period Ending: 01/30/13

Trustee:    (330129)    Ira Bodenstein

Filed (f) or Converted (c): 02/02/12 (f)

§341(a) Meeting Date: 03/23/12

Claims Bar Date: 08/07/12

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2449 Charleston Dr Unit 7, Schaumburg, IL 60193, | 122,800.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking: Chase | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings: Chase | 4,524.00 | 824.00 | DA | 0.00 | FA |
| 4 | Tv's, Washer, Dryer, Stove, Refrigerator, Beds, | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 5 | Clothes | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA | 5,221.18 | 0.00 | DA | 0.00 | FA |
| 7 | 401K | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Honda Odyssey 84,500 Miles | 9,172.00 | 0.00 | DA | 0.00 | FA |
| 9 | Computer, Printer | 100.00 | 100.00 | DA | 0.00 | FA |
| 10 | 2011 Federal Tax Refund  (u) | Unknown | 0.00 | | 0.00 | FA |
| **10** | **Assets**  Totals (Excluding unknown values) | **$165,717.18** | **$2,424.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    October 25, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 12-03695
Case Name: LORANG, NICOLE M

Taxpayer ID #: **-***9092
Period Ending: 01/30/13

Trustee: Ira Bodenstein (330129)
Bank Name: Rabobank, N.A.
Account: ****558666 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

## **Form 2**
### Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| Case Number: | 12-03695 | |
| Case Name: | LORANG, NICOLE M | |
| Taxpayer ID #: | **-***9092 | |
| Period Ending: | 01/30/13 | |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******44-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/12 | | Nicole Lorang | Federal income tax refund | 1224-000 | 6,416.00 | | 6,416.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,391.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,366.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,341.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,316.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,291.00 |
| 12/01/12 | 101 | Shaw Fishman Glantz  & Towbin LLC | Trustee Comp for Ira Bodenstein Voided on 12/01/12 | 2100-000 | | 1,391.60 | 4,899.40 |
| 12/01/12 | 101 | Shaw Fishman Glantz  & Towbin LLC | Trustee Comp for Ira Bodenstein Voided: check issued on 12/01/12 | 2100-000 | | -1,391.60 | 6,291.00 |
| 12/01/12 | 102 | US Department of Education | Ref # 454584992 | 7100-000 | | 4,899.40 | 1,391.60 |
| 12/01/12 | 103 | Ira Bodenstein | Trustee comp | 2100-000 | | 1,391.60 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 6,416.00 | 6,416.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,416.00 | 6,416.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,416.00 | $6,416.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****558666 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******44-66 | 6,416.00 | 6,416.00 | 0.00 |
| | $6,416.00 | $6,416.00 | $0.00 |